KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> IVAN VINCENT ALCALA, ) <br> ) <br> Defendants. ) <br> _____ ) | Criminal No. CR 06-00439 MMC <br><br> [~~PROPOSED~~] **PROTECTIVE ORDER RE DISCOVERY** |

Government counsel advised defense counsel that certain discovery materials contain identifying information relevant to the cooperating witness in this case and that such materials would therefore not be produced at this time due to concerns for the witness' safety.  In an effort to expedite potential resolution discussions and address the witness safety concerns, the parties have agreed to the following:

    1.    The government will provide defense counsel, Ms. Falk, with copies of the

[PROPOSED] ORDER RE DISCOVERY
CR 06-00439 MMC

      recordings in its possession related to the witness' interactions with the defendant relevant to the charges in the indictment (the "recordings");

2. Ms. Falk is the only person who may listen to the recordings;

3. Ms. Falk may not make copies of the recordings;

4. The recordings or copies of the recordings may not be provided to or played for the defendant;

5. Ms. Falk may discuss the recordings with the defendant, but may not reveal any information regarding the identity of the witness on the recordings, including but not limited to the witness' gender, name, nickname, address, or vehicle description;

6. By agreeing to these terms now, Ms. Falk is not precluded from seeking a modification of this Order from the Court in the future; and

7. This Protective Order shall continue in force and effect until further order of this Court.

DATED:   7/6/06                           /s/
                                       ELIZABETH FALK
                                       Counsel for Ivan Alcala

DATED:   7/6/06                           /s/
                                       JEFFREY FINIGAN
                                       Assistant U.S. Attorney

      Good cause appearing, it is ORDERED that the parties shall abide by the discovery conditions set forth herein.

DATED:   July 7, 2006                     /s/ Maxine M. Chesney
                                             MAXINE M. CHESNEY
                                             UNITED STATES DISTRICT COURT JUDGE