KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 06-00439 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| IVAN VINCENT ALCALA, | |
| Defendants. | |

    The above-captioned matter came before the Court on June 30, 2006 for detention hearing. The defendant was represented by Elizabeth Falk and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was continued to July 5, 2006, at 9:30 a.m. for detention hearing.

    The Court made a finding on the record that the time from and including June 30, 2006 and July 5, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00439 MMC

1 ⸱⸱⸱use the ends of justice served by taking such action outweighed the best interest of the public
2 and the defendant in a speedy trial. That finding was based on the need for the defendant to have
3 reasonable time necessary for effective preparation, taking into account the exercise of due
4 diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until July 5, 2006 for detention hearing and that the exclusion of time herein be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:     7/3/06

/s/
ELIZABETH FALK
Counsel for Ivan Alcala

DATED:     7/3/06

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: 7/11/06

NANDOR VADAS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00439 MMC                             2