1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant ALCALA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) No. CR 06-0439 MMC
                                         )
12 |              Plaintiff,              ) **STIPULATION AND** ~~**PROPOSED**~~
                                         ) **ORDER FOR CONTINUANCE OF**
13 |       v.                            ) **SENTENCING DATE**
                                         )
14 | IVAN ALCALA,                        ) Date:  March 7, 2006
                                         ) Time:  2:30 p.m.
15 |              Defendant.              ) Court: The Honorable Maxine M. Chesney
   |_____)
16
   The parties hereby stipulate and agree as follows:
17
        1.   Defendant Ivan Alcala hereby respectfully requests from the Court a continuance
18
   of his sentencing date from March 7, 2007 to May 23, 2007, as 2:30 p.m.;
19
        2.   The reasons for the request is due to defense counsel's unavailability to conduct a
20
   sentencing mitigation investigation due to a lengthy trial, *United States v. Quan*,
21
   04-323 WBS.  This trial is not expected to conclude until late April;
22
        3.   The Presentence Report has yet to be prepared in Mr. Alcala's case, and Mr.
23
   Alcala is facing a lengthy sentence.  As such, undersigned defense counsel
24
   believes it is in Mr. Alcala's interest that sentencing be continued to a time where
25
   she is better able to focus on his case and can adequately address the sentencing
26

CR 06-439 MMC   Stipulation to Continue
Sentencing                              1

issues involved;

4. The Probation Officer, David Ackerman, has been contacted about the change in sentencing date, and has no objection to a sentencing date of May 23, 2007;

5. The United States Attorney's Office has no objection to a continuance of the sentencing date to May 23, 2007.

Dated: March 6, 2007

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____

JEFFREY FINIGAN
Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Ivan Alcala is hereby continued to May 23, 2007, at 2:30 p.m.

**IT IS SO ORDERED**

Dated:  March __7__ 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CR 06-439 MMC  Stipulation to Continue
Sentencing                                                              2