BARRY J. PORTMAN
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALCALA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-0439 MMC |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING DATE |
| IVAN ALCALA, | ) | |
| Defendant. | ) | Date: May 23, 2007 |
| | ) | Time: 2:30 p.m. |
| | ) | Court: The Hon. Maxine M. Chesney |

The parties hereby stipulate and agree as follows:

1. Defendant Ivan Alcala hereby respectfully requests from the Court a continuance of his sentencing date from May 23, 2007 to July 25, 2007, at 2:30 p.m. ;

2. The reasons for the request is due to defense counsel's unavailability due to a lengthy trial, *Unites States v. Quan*, 04-323 WBS. The trial concluded on May 4, 2007, but at this time counsel is still waiting for the jury to return;

3. The Presentence report has yet to be prepared in Mr. Alcala's case, and Mr. Alcala is facing a lengthy sentence. As such, undersigned defense counsel believes it is in Mr. Alcala's interest that sentencing be continued to a time where she is better able to focus on his case and can adequately address the sentencing issues involved;

4. The Probation Officer, David Ackerman, has been contacted about the change in sentencing date, and has no objections;

5. The United States Attorney's Office has no objections to a continuance of the sentencing date to July 25, 2007.

DATED: 05/15/07

/s/
JEFFREY FINIGAN
Assistant United States Attorney

DATED: 05/15/07

/s/
ELIZABETH FALK
Assistant Federal Public Defender
Attorney for Ivan Alcala

### [PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Ivan Alcala is hereby continued to July 25, 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED: May 16, 2007

THE HONORABLE MAXINE CHESNEY
United States District Judge

STIP. & PROP. ORDER for continuance     - 1 -